IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | 4:08CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, | ) | |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 13) is granted, as follows:

1. Plaintiff shall have until April 29, 2008, to respond to Defendant's motion to dismiss (filing 6).
2. Defendant shall have until May 13, 2008, to reply.

April 8, 2008.                                   BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge