```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, | ) | ORDER |
| INC., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of plaintiff's motion for leave to file amended complaint and other relief,

IT IS ORDERED:

The motion, filing 15, is granted and,

1. Plaintiff may file an amended complaint on or before May 15, 2008.

2. The parties are given until June 30, 2008 to file their Report of Parties' Planning Conference.

3. The pending motion to dismiss, filing 6, is denied as moot.

DATED this 1st day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge