IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | Case No. 4:08-CV-03004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., an Illinois Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' Joint Motion for Extension of Time (filing 18) is granted and Defendant shall have until June 12, 2008 to file its Rule 12(b) Motion to Dismiss in response to Plaintiff's Amended Complaint for Damages (filing 17); Plaintiff shall until July 3, 2008 to file his brief in opposition to Defendant's Motion to Dismiss, and Defendant shall have until July 14, 2008 to file its reply brief.

Dated: May 22, 2008

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge