IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | 4:08CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 24) is granted, as follows:

1. Plaintiff shall have until July 11, 2008, to respond to Defendant's motion to dismiss (filing 20).
2. Defendant shall have until July 29, 2008, to reply.

June 23, 2008.                                  BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge