IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | Case No. 4:08-CV-03004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., an Illinois Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' Joint Motion for Continuance of the Due Date for the Report of Parties' Planning Conference (filing 25) is granted and the due date for the report of parties' planning conference is continued until 14 days after the Court has ruled on Defendant's Motion to Dismiss in the event the Motion to Dismiss is denied.

Dated: June 23, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge