IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | 4:08CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R.J. O'BRIEN & ASSOCIATES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for an enlargement of time (filing 29) is granted, as follows:

Defendant shall have until August 12, 2008, to file a reply brief regarding its motion to dismiss (filing 20).

July 29, 2008.                                    BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge