IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAWRENCE JOSEPH VOLF,** | ) | Case No. 4:08CV03004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **R. J. O'BRIEN & ASSOCIATES,** | ) | |
| **INC., an ILLINOIS CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Second Agreed Motion for Extension to File Reply Brief (filing 32) is granted and the new due date for its Reply Brief is August 26, 2008.

Dated this 12th day of August, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
Richard G. Kopf
United States District Judge