IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE JOSEPH VOLF, | ) | 4:08CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. J. O'BRIEN & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the parties' joint motion for an enlargement of time (filing 36) is granted, and the court's order of September 15, 2008 (filing 35), is modified to provide that the parties shall have until November 1, 2008, to file a joint stipulation for dismissal.

    October 16, 2008.        BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge